

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: SACHIDANAND SINHA, | No. 13-60100 |
| Debtor, | BAP No. 13-1406 |
| SACHIDANAND SINHA, | |
| Appellant, | MEMORANDUM[*] |
| v. | |
| U.S. BANK N.A., | |
| Appellee. | |

Appeal from the Ninth Circuit
Bankruptcy Appellate Panel
Dunn and Kirscher, Bankruptcy Judges, Presiding

Submitted May 13, 2015 [**]

Before:     LEAVY, CALLAHAN, and M. SMITH, Circuit Judges.

Sachidanand Sinha appeals pro se from the Bankruptcy Appellate Panel's

("BAP") order denying his motion for a stay pending appeal of the bankruptcy

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

court's orders denying his motion for a continuance, and denying his creditor's motion for relief from the automatic stay.  We review de novo our own jurisdiction.  *Silver Sage Partners, Ltd. v. City of Desert Hot Springs (in re City of Desert Hot Springs)*, 339 F.3d 782, 787 (9th Cir. 2003).  We dismiss this appeal for lack of jurisdiction.

We lack jurisdiction over this appeal because the BAP's order denying Sinha's motion for a stay pending appeal was not a final order.  *See Dye v. Brown (In re AFI Holding, Inc.)*, 530 F.3d 832, 836 (9th Cir. 2008) (order) (discussing "pragmatic approach to finality in bankruptcy cases"); *see also In re Teleport Oil Co.*, 759 F.2d 1376, 1377 (9th Cir. 1985), *overruled on other grounds*, *Connecticut Nat'l Bank v. Germain*, 503 U.S. 249, 253 (1992) (decision not to grant a stay does not conclusively determine controversy).

**DISMISSED.**